UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSE CARDENAS, | ) | |
| Plaintiff, | ) | 2:12-cv-02020-GMN-CWH |
| vs. | ) | **ORDER** |
| KURT OVERALL, | ) | |
| Defendant. | ) | |

Jose Cardenas, an individual is incarcerated at NSDC in Pahrump, Nevada, submitted a *pro se* Civil Rights Complaint (received November 20, 2012), but has not paid the required filing fee of $350 or filed an application to proceed in forma pauperis. Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

**DATED** this 27th day of November, 2012.

_____
Gloria M. Navarro
United States District Judge